peals for the Fourth Circuit denied.  *Mr. Richard Reid Rogers* for petitioner.  *Mr. Leon T. Seawell* for respondent.

---

No. 897.  JOHN RANDOLPH, ADMINISTRATOR, ETC., ET AL. *v.* BOUKER CONTRACTING COMPANY, AS OWNER OF SCOW 84-H.  April 21, 1924.  Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.  *Mr. Herman S. Hertwig* for petitioners.  *Mr. George V. A. McCloskey* for respondent.

---

No. 904.  JOHN COOK, ADMINISTRATOR, ETC. *v.* WASHINGTON, BALTIMORE & ANNAPOLIS ELECTRIC RAILROAD COMPANY.  April 21, 1924.  Petition for a writ of certiorari to the Court of Appeals of the State of Maryland denied.  *Mr. J. Wethered Barroll* for petitioner.  No appearance for respondent.

---

No. 907.  JOE WIGINGTON *v.* UNITED STATES.  April 21, 1924.  Petition for a writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied.  *Mr. Robert H. Talley* for petitioner.  *Mr. Solicitor General Beck* and *Mrs. Mabel Walker Willebrandt*, Assistant Attorney General, for the United States.

---

No. 908.  F. P. BURTON, TRUSTEE, ETC., ET AL. *v.* J. D. WEATHERMAN.  April 21, 1924.  Petition for a writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied.  *Mr. Samuel A. Anderson* for petitioners. No appearance for respondent.

---

No. 913.  JAMES C. DAVIS, DIRECTOR GENERAL OF RAILROADS, *v.* WILLIAM RADFORD COYLE, TRUSTEE, ETC.  April